944

No. 81–1339. ELLSWORTH v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 81–1379. CEAT S.P.A., PNEUMATICI v. BRYANT. Sup. Ct. Ala. Certiorari denied.

No. 81–1409. RAYMER ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 81–1411. PHELPS v. KANSAS SUPREME COURT ET AL. C. A. 10th Cir. Certiorari denied.

No. 81–1425. PUBLIC UTILITIES COMMISSION OF COLORADO v. FEDERAL ENERGY REGULATORY COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No. 81–1432. LEVENSON ET AL. v. UNITED STATES; and
No. 81–1507. FEINBERG v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 81–1449. LOGE ET VIR v. UNITED STATES ET AL. C. A. 8th Cir. Certiorari denied.

No. 81–1538. THAM v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 81–1571. HALL v. COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied.

No. 81–1593. INCORPORATED TRUSTEES OF THE GOSPEL WORKER SOCIETY v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 81–1602. WATKINS v. PENTZIEN, INC. C. A. 5th Cir. Certiorari denied.